1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    VERNON W. OFFICER, JR.,

9                                   Petitioner,        Case No. C19-583-RSM-MLP

10        v.

11   STATE OF WASHINGTON,                              REPORT AND RECOMMENDATION

12                                  Respondent.

13

14        On April 17, 2019, Petitioner's proposed 28 U.S.C. § 2254 petition for writ of habeas

15   challenging a King County Superior Court conviction was transferred from the Eastern District

16   of Washington to this district. (*See* Dkts. ## 4, 5.) Petitioner submitted with his complaint an

17   application to proceed with this action *in forma pauperis* ("IFP"). (Dkt. # 5.) However, Petitioner

18   failed to submit the proper IFP form and failed to provide a certified copy of his trust account

19   statement. On April 18, 2019, the Clerk sent Petitioner a letter explaining these deficiencies and

20   advising him that he would have to correct the deficiencies by May 20, 2019, or risk dismissal of

21   this action. (Dkt. # 7.) To date, Petitioner has not corrected the noted deficiencies.

22        As Petitioner has had ample time to correct the deficiencies in his IFP application

23   materials, but has failed to do so, this Court recommends that the instant action be dismissed

     REPORT AND RECOMMENDATION - 1

without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 23rd day of May, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2