UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VERNON W. OFFICER, JR.,

            Petitioner,

v.

STATE OF WASHINGTON,

           Respondent.

Case No. C19-583 RSM

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the Objections filed by Petitioner, and the remaining record, hereby finds that Petitioner has failed to submit the required IFP Form within the deadline set by the Court and has failed to include the filled-out form in his Objections after the deadline. The Court therefore ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is to send copies of this Order to Petitioner and to Judge Peterson.

DATED this 27th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1